```
 1  WILLIAM M. DUNCAN, SBN 133788
    ATTORNEY AT LAW
 2  322 W. Center Street
    P.O. Box 929
 3  Yreka, CA 96097
    Telephone: 530-841-2670
 4  Facsimile: 541-770-7483

 5  Attorney for Defendant
    DAVID A. EVANS
 6

 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,  )   No. CR-06-0067 WBS
12                             )
                  Plaintiff,   )
13                             )   STIPULATION AND [PROPOSED]
         v.                    )   ORDER CONTINUING STATUS
14                             )   CONFERENCE AND EXCLUDING TIME
    DAVID ARTHUR EVANS,        )
15                             )   Date: March 16, 2006
                  Defendant.   )   Time: 2:00 p.m.
16                             )   Judge: WILLIAM B. SHUBB
    _____)
17

18

19       It is hereby stipulated between the parties, Matthew Stegman,

20  Assistant United States Attorney, attorney for Plaintiff, and William

21  M. Duncan, attorney for defendant, that the status conference presently

22  scheduled for March 16, 2006, be vacated and rescheduled for status

23  conference on April 19, 2006 at 9:00 a.m.

24       Defense counsel is meeting with the government's agent next week

25  working toward a resolution of the case.  The investigation and

26  meetings with Mr. Stegman remain ongoing.  Additionally, defense

27  counsel is continuing his investigation and defense counsel further

28  expects to receive additional discovery from the prosecution in the
```

1 upcoming couple of weeks.

2     The parties, through their respective counsel, hereby stipulate
3 and agree that the status conference scheduled for March 16, 2006, be
4 continued until April 19, 2006 at 9:00 a.m.

5     The parties further stipulate and agree that the time period
6 between March 16, 2006 and April 14, 2006, be excluded under the Speedy
7 Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on
8 continuity of counsel and defense preparation. The court previously
9 ordered that the time be excluded up to and including March 16, 2006.
10 Dated: March 14, 2006

11     Respectfully submitted,

13 /s/
14 _____
    WILLIAM M. DUNCAN
    Attorney for Defendant
15     DAVID ARTHUR EVANS

17 Dated: March 14, 2006    MCGREGOR W. SCOTT
    United States Attorney

19 /s/
20 _____
    MATTHEW STEGMAN
    Attorney for Plaintiff
21     per telephonic authorization

22 ------------

24     IT IS HEREBY ORDERED that the status conference currently
25 scheduled for March 16, 2006 be continued until April 19, 2006 at 9:00
26 a.m.

27     IT IS FURTHER ORDERED that the time period between March 16, 2006,
28 and April 14, 2006, be excluded under the Speedy Trial Act (18 U.S.C.

Stipulation and Order    2

1 §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel
2 and defense preparation.
3 Dated: March 14, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                    3