WILLIAM M. DUNCAN, SBN 133788
ATTORNEY AT LAW
322 W. Center Street
P.O. Box 929
Yreka, CA 96097
Telephone: 530-841-2670
Facsimile: 541-770-7483

Attorney for Defendant
DAVID A. EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID ARTHUR EVANS, ) <br> ) <br> Defendant. ) <br> ) | No. CR-06-0067 WBS <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME <br><br> Date: April 19, 2006 <br> Time: 9:00 a.m. <br> Judge: WILLIAM B. SHUBB |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for Plaintiff, and William M. Duncan, attorney for defendant, that the status conference presently scheduled for April 19, 2006, be vacated and rescheduled for status conference on May 24, 2006 at 9:00 a.m.

Defense counsel William Duncan and Assistant United States Attorney Matthew Stegman continue their investigations and fact gathering in their efforts to more accurately evaluate the case, and they are diligently working on a possible resolution of the matter.

1    The parties, through their respective counsel, hereby stipulate
2 and agree that the status conference scheduled for April 19, 2006, be
3 continued until May 24, 2006 at 9:00 a.m.
4    The parties further stipulate and agree that the time period
5 between April 19, 2006 and May 24, 2006, be excluded under the Speedy
6 Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on
7 continuity of counsel and defense preparation. The court previously
8 ordered that the time be excluded up to and including April 19, 2006.
9 Dated: April 10, 2006

                                  Respectfully submitted,

                                  /s/

                                  _____

                                  WILLIAM M. DUNCAN

                                  Attorney for Defendant

                                  DAVID ARTHUR EVANS


Dated: April 10, 2006             MCGREGOR W. SCOTT

                                  United States Attorney

                                  /s/

                                  _____

                                  MATTHEW STEGMAN

                                  Attorney for Plaintiff

                                  per telephonic authorization

1
2                              ------------
3
4        IT IS HEREBY ORDERED that the status conference currently
5   scheduled for April 19, 2006 be continued until May 24, 2006 at 9:00
6   a.m.
7        IT IS FURTHER ORDERED that the time period between April 19, 2006,
8   and May 24, 2006, be excluded under the Speedy Trial Act (18 U.S.C.
9   §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel
10  and defense preparation.
11  Dated:  April 11, 2006
12
13
14                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                    3