```
 1  9ILLIAM M. DUNCAN, SBN 133788
    ATTORNEY AT LAW
 2  322 W. Center Street
    P.O. Box 929
 3  Yreka, CA 96097
    Telephone: 530-841-2670
 4  Facsimile: 541-770-7483

 5  Attorney for Defendant
    DAVID A. EVANS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0067 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| DAVID ARTHUR EVANS, | ) | |
| | ) | Date: May 24, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: WILLIAM B. SHUBB |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for Plaintiff, and William M. Duncan, attorney for defendant, that the status conference presently scheduled for May 24, 2006, be vacated and rescheduled for status conference on June 21, 2006 at 9:00 a.m.

Defense counsel William Duncan and Assistant United States Attorney Matthew Stegman continue their investigations and fact gathering in their efforts to more accurately evaluate the case, and they are diligently working on a possible resolution of the matter.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled for May 24, 2006, be

1  continued until June 21, 2006 at 9:00 a.m.
2      The parties further stipulate and agree that the time period
3  between May 24, 2006, and June 21, 2006, be excluded under the Speedy
4  Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on
5  continuity of counsel and defense preparation. The court previously
6  ordered that the time be excluded up to and including June 21, 2006.
7  Dated: May 19, 2006
8                                        Respectfully submitted,
9
10                                       /s/
                                         _____
11                                       WILLIAM M. DUNCAN
                                         Attorney for Defendant
12                                       DAVID ARTHUR EVANS
13
14 Dated: May 19, 2006                   MCGREGOR W. SCOTT
                                         United States Attorney
15
16                                       /s/
                                         _____
17                                       MATTHEW STEGMAN
                                         Attorney for Plaintiff
18                                       per telephonic authorization
19
20
21                                ------------
22                                    ORDER
23
24     IT IS HEREBY ORDERED that the status conference currently
25 scheduled for May 24, 2006 be continued until June 21, 2006 at 9:00
26 a.m.
27     IT IS FURTHER ORDERED that the time period between May 24, 2006,
28 and June 21, 2006, be excluded under the Speedy Trial Act (18 U.S.C.

Stipulation and Order                    2

1  §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel
2  and defense preparation.
3  Dated: May 22, 2006

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE