```
WILLIAM M. DUNCAN, SBN 133788
ATTORNEY AT LAW
322 W. Center Street
P.O. Box 929
Yreka, CA 96097
Telephone: 530-841-2670
Facsimile: 541-770-7483

Attorney for Defendant
DAVID A. EVANS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0067 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME |
| DAVID ARTHUR EVANS, ) | |
| ) | Date: June 21, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: WILLIAM B. SHUBB |
| ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for Plaintiff, and William M. Duncan, attorney for defendant, that the status conference presently scheduled for June 21, 2006, be vacated and rescheduled for status conference on August 16, 2006 at 9:00 a.m.

Defense counsel William Duncan and Assistant United States Attorney Matthew Stegman continue their investigations and fact gathering in their efforts to more accurately evaluate the case, and they are diligently working on a possible resolution of the matter.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled for June 21, 2006, be

1  continued until August 16, 2006 at 9:00 a.m.
2      The parties further stipulate and agree that the time period
3  between June 21, 2006, and August 16, 2006, be excluded under the Speedy
4  Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on
5  continuity of counsel and defense preparation. The court previously
6  ordered that the time be excluded up to and including June 21, 2006.
7  Dated: June 15, 2006

                                        Respectfully submitted,


                                        /s/
                                        _____
                                        WILLIAM M. DUNCAN
                                        Attorney for Defendant
                                        DAVID ARTHUR EVANS


Dated: June 15, 2006                    MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/
                                        _____
                                        MATTHEW STEGMAN
                                        Attorney for Plaintiff
                                        per telephonic authorization




                            ------------



24      IT IS HEREBY ORDERED that the status conference currently
25  scheduled for June 21, 2006 be continued until August 16, 2006 at 9:00
26  a.m.
27      IT IS FURTHER ORDERED that the time period between June 21, 2006,
28  and August 16, 2006, be excluded under the Speedy Trial Act (18 U.S.C.

Stipulation and Order                   2

...

1  §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel
2  and defense preparation.
3  Dated:  June 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                         3