1  QUIN DENVIR, State Bar No. 49374
   ROTHSCHILD, WISHEK & SANDS LLP
2  901 F Street, Suite 200
   Sacramento, CA 95814
3  (916) 444-9845

4  Attorneys for Defendant
   David Evans
5

6

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) Case No.:  CR. S-06-0067 WBS
                                     )
14         Plaintiff,                )
                                     )
15      v.                           ) **STIPULATION AND**
                                     ) **ORDER**
16  DAVID EVANS,                     )
                                     )
17         Defendant.                )
                                     )
18  _____)

19
        Plaintiff United States of America, by its attorney, Assistant United States Attorney
20
    Matthew Stegman, and defendant David Evans, by his attorney, Quin Denvir, hereby stipulate
21
    and agree that the status conference currently calendared for August 16, 2006 should be
22
    continued to August 30, 2006 at 9:00 a.m.  The parties further agree that time should be
23
    excluded through August 30, 2006 under Local Code T-4.  Defense counsel has only recently
24

25

                                              1
_____
U. S. v. Evans, 06cr0067 WBS
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

1 substituted into the case and requires time in which to become familiar with it. Furthermore,

2 the government is going to provide additional discovery.

                                            ROTHSCHILD, WISHEK & SANDS LLP

Dated:   August 14, 2006          /s/ Quin Denvir
                                            QUIN DENVIR
                                            Attorney for Defendant David Evans

                                            MACGREGOR SCOTT
                                            United States Attorney

Dated:   August 14, 2006          /s/ Quin Denvir
                                            (Telephonically authorized to sign for)
                                            MATTHEW STEGMAN
                                            Assistant United States Attorney

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:  August 15, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

U. S. v. Evans, 06cr0067 WBS
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com