QUIN DENVIR, State Bar No. 49374
ROTHSCHILD, WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
David Evans

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR. S-06-0067 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER** |
| DAVID EVANS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

   Plaintiff United States of America, by its attorney, Assistant United States Attorney Matthew Stegman, and defendant David Evans, by his attorney, Quin Denvir, hereby stipulate and agree that the status conference currently calendared for August 30, 2006 should be continued to September 20, 2006 at 9:00 a.m.  The parties further agree that time should be excluded through September 20, 2006 under Local Code T-4.  Defense counsel has reviewed

1

PDF created with pdfFactory trial version www.pdffactory.com

1  the initial discovery.  Counsel has requested, and the government is in the process of

2  providing, a copy of the forensic report regarding the images on the computer.

3

4                                               ROTHSCHILD, WISHEK & SANDS LLP

5

6  Dated:     August 29, 2006                   /s/ Quin Denvir
                                                QUIN DENVIR
7                                               Attorney for Defendant David Evans

8                                               MACGREGOR SCOTT
                                                United States Attorney
9

10 Dated:     August 29, 2006                   /s/ Quin Denvir
                                                (Telephonically authorized to sign for)
11                                              MATTHEW STEGMAN
12                                              Assistant United States Attorney

13

14

15

16

17

18 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

19

20 DATED:  August 31, 2006

21                                              _____
                                                WILLIAM B. SHUBB
22                                              UNITED STATES DISTRICT JUDGE

23

24

25

2

U. S. v. Evans, 06cr0067 WBS
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com