QUIN DENVIR, State Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
David Evans

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR. S-06-0067 WBS |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| DAVID EVANS, ) | |
| Defendant. ) | |
| _____) | |

Plaintiff United States of America, by its attorney, Assistant United States Attorney Matthew Stegman, and defendant David Evans, by his attorney, Quin Denvir, hereby stipulate and agree that the status conference currently calendared for October 4, 2006 should be continued to October 25, 2006 at 9:00 a.m.  The parties further agree that time should be excluded through October 25, 2006 under Local Code T-4.  The government is still in the

1

_____

U. S. v. Evans, 06cr0067 WBS
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

1   process of providing, a copy of the forensic report regarding the images on the computer.

2

3                                           ROTHSCHILD WISHEK & SANDS LLP

4

5   Dated:   October 3, 2006            /s/ Quin Denvir
                                         QUIN DENVIR
6                                        Attorney for Defendant David Evans

7                                        MACGREGOR SCOTT
                                         United States Attorney
8

9   Dated:   October 3, 2006            /s/ Quin Denvir
                                         (Telephonically authorized to sign for)
10                                       MATTHEW STEGMAN
                                         Assistant United States Attorney
11

12

13

14

15

16

17  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

18

19  DATED: October 4, 2006

20                                       _____
                                         WILLIAM B. SHUBB
21                                       UNITED STATES DISTRICT JUDGE

22

23

24

25

_____
U. S. v. Evans, 06cr0067 WBS
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com