1  QUIN DENVIR, State Bar No. 49374
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F Street, Suite 200
   Sacramento, CA 95814
3  (916) 444-9845

4  Attorneys for Defendant
   David Evans
5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11

12

13  UNITED STATES OF AMERICA,           )  Case No.:  CR. S-06-0067 WBS
                                        )
14           Plaintiff,                 )
                                        )
15      v.                              )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER**
16  DAVID EVANS,                        )
                                        )
17           Defendant.                 )
                                        )
18  _____ )

19
        Plaintiff, by its counsel, Assistant United States Attorney Matthew Stegman, and
20
    defendant, by his counsel, Quin Denvir, hereby stipulate and agree that the date for the filing
21
    of the final presentence report should be extended to December 22, 2006 and that the time for
22
    filing of formal objections to the presentence report by either party shall be extended to
23
    December 29, 2006 and that judgment and sentencing shall remain on January 3, 2007 at 9:00
24
    a.m.  The change is needed to accommodate the United States Probation Officer's schedule.
25

1

_____
U. S. v. Evans, 06cr0067 WBS
Stip/Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

ROTHSCHILD WISHEK & SANDS LLP

Dated:   December 19, 2006          /s/ Quin Denvir
                                    QUIN DENVIR
                                    Attorney for Defendant David Evans


                                    MACGREGOR SCOTT
                                    United States Attorney


Dated:   December 19, 2006          /s/ Quin Denvir
                                    (Telephonically authorized to sign for)
                                    MATTHEW STEGMAN
                                    Assistant United States Attorney




**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED:  December 20, 2006

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE