McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2793

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-06-00067 WBS |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ARTHUR EVANS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on December 15, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant David Arthur Evans forfeiting to the United States the following property:

    a.  Generic computer, off-white tower style, no serial number; and

    b.  Laptop computer, serial number TW14013163.

AND WHEREAS, on  December 28, 2006 and January 4 and 11, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in the Siskiyou Daily News (Siskiyou County), a newspaper of general circulation located in the county in which the

1

subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of David Arthur Evans.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 16th day of February, 2007.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE