1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   DAVID ARTHUR EVANS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-00067-WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING ON SUPERVISED RELEASE VIOLATION |
| vs. | |
| DAVID ARTHUR EVANS, | |
| Defendant. | |

   The United States of America, through its counsel Assistant United States Attorney Matthew G. Morris, and David Arthur Evans, through his counsel Clyde M. Blackmon, hereby stipulate that the disposition hearing regarding supervised release violation, which is currently scheduled for February 25, 2013, may be continued to March 25, 2013 at 9:30 a.m.

   A continuance of the disposition hearing is necessary because counsel for Mr. Evans has been ill with the flu and was out of his office from February 11 through February 18, 2013. Therefore, counsel has not had time to review the probation

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING ON SUPERVISED RELEASE VIOLATION

1  officer's recommendations and prepare a sentencing memorandum on
2  Mr. Evans's behalf.
3      Therefore, the parties request that the matter be continued
4  to 9:30 a.m. on March 25, 2013.
5  IT IS SO STIPULATED.
6  DATED:    February 20, 2013    By: //s// Clyde M. Blackmon for
7                                       MATTHEW G. MORRIS
                                         Assistant U.S. Attorney
8
                                     ROTHSCHILD WISHEK & SANDS LLP
9
10 DATED:    February 20, 2013    By:  //s// Clyde M. Blackmon
                                         CLYDE M. BLACKMON
11                                       Attorneys for Defendant
                                         DAVID ARTHUR EVANS

1 **ORDER**

2    GOOD CAUSE APPEARING upon the stipulation of the parties,
3 it is ordered that the disposition hearing regarding supervised
4 release violation scheduled for February 25, 2013, is continued
5 to 9:30 a.m. on March 25, 2013.

7 Dated: February 21, 2013

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE