UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>**DAVID ARTHUR EVANS**,<br><br>    Defendant. | Case No. CR S-06-0067-01 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **David Arthur Evans** Case CR S-06-0067-01 WBS from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    ___ Unsecured bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) **Defendant sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on July 22, 2013 at 10:00 a.m.

By _____
William B. Shubb,
United States District Judge

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: MARIANNE MATHERLY
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated: 7/22/13

Orig & Copy: USM ✓
Copy to Docketing ✓